# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**479**
**CA 10-02353**
PRESENT: SMITH, J.P., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

RICHARD MULLEN, CLAIMANT-APPELLANT,

V                                                                      ORDER

STATE OF NEW YORK, DEFENDANT-RESPONDENT.
(CLAIM NO. 116118.)

---

RICHARD MULLEN, CLAIMANT-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATE H. NEPVEU OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------

Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered August 13, 2010.  The order granted the motion of defendant to dismiss the amended claim and dismissed the amended claim.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  April 29, 2011                          Patricia L. Morgan
                                                 Clerk of the Court